# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 1:22-MJ-00724-ML |
| § | |
| MUDIAGA CHINEDU § | |
| OKAGBARE § | |
| *Defendant* § | |

## ORDER

Before the Court is Defendant's Motion for Return of Property, Dkt. 19. The motion seeks the return of property seized by the Government at the time of Defendant's arrest. *Id.* A few weeks after Defendant's arrest, the Court signed an order granting an agreed motion to dismiss the criminal complaint filed against Defendant. Dkt. 19. The Assistant U.S. Attorney assigned to the case has indicated that his office does not oppose the relief requested in Defendant's motion here.

Accordingly, the Court **GRANTS** Defendant's motion, Dkt. 19, and **ORDERS** the Government, as soon as practicable, to return the property set out in paragraph 2 of Defendant's motion either directly to Defendant or to his attorney.

SIGNED December 5, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE